<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-6962

———————

ANTHONY HOLLEY,

Plaintiff - Appellant,

versus

LONNIE M. SAUNDERS, Warden, Augusta Correc-
tional Center,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-98-327-R)

———————

Submitted:  November 19, 1998        Decided:  December 2, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony Holley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Holley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Holley v Saunders</u>, No. CA-98-327-R (W.D. Va. June 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>